**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Glenn Liou, | No. CV-15-01167-PHX-DGC |
| Plaintiff, | **ORDER** |
| v. | |
| CyraCom International Incorporated, | |
| Defendant. | |

Plaintiff Glenn Liou moves for summary judgment on two facts. Doc. 39. Defendant has filed a response (Doc. 42), but Plaintiff has not filed a reply, and the time for replying has passed. Neither party requests oral argument.

Plaintiff filed this case in June 2015, alleging that Defendant CyraCom, his former employer, discriminated against him because of his age in violation of the Age Discrimination in Employment Act of 1967 and the Civil Rights Act of 1991. Doc. 1. Plaintiff seeks summary judgment on two facts: (1) he never expressed disagreement with Defendant's "verbatim interpretation" policy, and (2) his "needs improvement" rating was reversed. Doc. 39.

A party seeking summary judgment "bears the initial responsibility of informing the district court of the basis for its motion, and identifying those portions of [the record] which it believes demonstrate the absence of a genuine issue of material fact." *Celotex Corp. v. Catrett*, 477 U.S. 317, 323 (1986). Summary judgment is appropriate if the evidence, viewed in the light most favorable to the nonmoving party, shows "that there is

no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a).

Defendant contends that Plaintiff expressed disagreement with the verbatim interpretation policy in an email dated May 14, 2014. Doc. 43-4. An affidavit submitted by Eduardo Alvarez, the Contact Center Manager at Cyracom in Phoenix and Plaintiff's supervisor, supports Defendant's contention. Doc. 43-2, ¶ 5. Mr. Alvarez also asserts in his affidavit that Plaintiff's "needs improvement" rating was not rescinded. *Id.*, ¶ 6. The affidavit by Mr. Alvarez creates an issue of fact regarding the matters addressed in Plaintiff's motion, and the Court therefore will deny the motion.

**IT IS ORDERED:**

1. Plaintiff's motion for summary judgment (Doc. 39) is **denied**.
2. Defendant's motion to strike (Doc. 46) is **denied** as moot.
3. The Court notes that Plaintiff may not file another motion for summary judgment without first obtaining leave of Court. *See* Case Management Order (Doc. 31), ¶ 7(b).

Dated this 24th day of February, 2016.

_____
David G. Campbell
United States District Judge