

Brian D. Karth
District Court Executive/Clerk of Court
Sandra Day O'Connor U. S. Courthouse
Suite 130
401 West Washington Street SPC 1
Phoenix, AZ 85003-2118


05/20/2016


SUBJECT 15-CV-01167-DGC Liou v. CyraCom International Incorporated


Dear Mr. Karth,

Plaintiff would like to appeal Honorable Judge Campbell's order on 05/20/2016

regarding 15-CV-01167-DGC Liou v. CyraCom International Incorporated.

Plaintiff is appealing to United States Court of Appeals of the Ninth Circuit.


Respectfully Submitted by Glenn Liou, Plaintiff

Cell phone (480) 430-5029
Mailing address 1911 West Hazelwood Pkwy, Phoenix, AZ 85015
Email address glennliou@gmail.com


THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE LR 5.4
            (Rule Number/Section)